IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, on behalf of U.S. General Services Administration,<br><br>        Plaintiff,<br><br>  vs.<br><br>GLESS, LLC,<br><br>        Defendant. | Case No. C08-431RSL<br><br>DEFAULT JUDGMENT |

       Default having been entered against the Defendant, Gless, LLC, and counsel for Plaintiff, the United States of America, having requested judgment against the defaulted Defendant and having filed herewith a Declaration of Amount Due;

       Judgment is hereby rendered in favor of the United States against Gless, LLC, in the amount of $45,927.40. Interest will accrue on the total judgment amount after judgment at the legal rate until fully paid.

       In addition to the above, the United States shall have and recover costs in the amount of $410.00.

       DATED this 19th day of AUGUST, 2009.

_____

Bruce Rifkin

Clerk, U.S. District Court

ORDER OF DEFAULT - 1